AO 442 (Rev. 01/09) Arrest Warrant

FIP# 11443092

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-20157MSN-atc |
| LUTHER HACKMAN | ) |
| Defendant | ) |

## ARREST WARRANT

**ORIGINAL**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **LUTHER HACKMAN**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 01956(a)-Launder monetary instruments to promote specified unlawful activity
21 U.S.C. § 841(a)-Manufacture, distribute, dispense, possess a controlled substance
21 U.S.C. § 846-Attempt and conspiracy

Date: 06/30/2022

*Issuing officer's signature*

City and state: MEMPHIS, TENNESSEE

THOMAS M. GOULD - CLERK, U.S. DISTRICT COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/6/22, and the person was arrested on *(date)* 7/6/22
at *(city and state)* Memphis, TN.

Date: 7/6/22

*Arresting officer's signature*

Brandon Shaw  DUSM
*Printed name and title*